

# NUMBER 13-22-00410-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ADRIANA SANCHEZ,                                                                 Appellant,

v.

ROGERIO RODRIGUEZ AND
ELEAZAR RODRIGUEZ,                                                          Appellees.

## On appeal from the County Court at Law No. 4
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Benavides**

Appellant Adriana Sanchez filed a restricted appeal from an order dismissing her

suit against appellees Rogerio and Eleazar Rodriguez for want of prosecution. Sanchez

has since filed a motion to dismiss the appeal, informing the Court that the parties have

settled the underlying dispute and that she wishes for the appeal to be dismissed.[1]

Dismissing the appeal would not prevent appellees from seeking any relief to which they would otherwise be entitled; therefore, the Court grants Sanchez's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to the parties' agreement, each party will bear their own costs. *See id.* R. 42.1(d). Having dismissed the appeal at Sanchez's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
25th day of May, 2023.

---

[1] Sanchez's motion is mistitled as "Appellee's Motion to Dismiss."

2